IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00143-01-CR-W-BP |
| | ) | |
| FAHEEM L. BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Faheem L. Bowers appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to a lesser-included offense charged under Count One of the Indictment, that is, knowingly and intentionally possessing with the intent to distribute some quantity of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and to Count Two of the Indictment charging him with violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), that is, knowingly and intentionally possessing with the intent to distribute some quantity of marijuana, a Schedule I controlled substance. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Faheem L. Bowers's plea of guilty be conditionally accepted and that the Court defer a decision on the Plea Agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                                              */s/ Lajuana M. Counts*
                                              Lajuana M. Counts
                                              United States Magistrate Judge